Robert J. McKennon (123176),
rmckennon@bargerwolen.com
Scott E. Calvert (210787)
scalvert@bargerwolen.com
BARGER & WOLEN LLP
19800 MacArthur Boulevard, 8th Floor
Irvine, California 92612
Telephone: (949) 757-2800
Facsimile: (949) 752-6313

Attorneys for Defendant
The Prudential Insurance Company of America

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| CORA J. WILLIAMS,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and DOES 1 – 50, inclusive,<br><br>　　　　　Defendants. | Case No.: C 08-04170 JCS<br><br>Action Filed : May 31, 2008<br><br>**CERTIFICATE OF SERVICE** |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

\\bwnasla\nbo\office4\40694\012\08pleadings\01 certificate of service.doc         Case No.: C 08-04170 JCS
CERTIFICATE OF SERVICE

1  I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 19800 MacArthur Blvd., Suite 800, Irvine, CA 92612; Facsimile No.: (949) 752-6313; E-mail address: lacoba@bargerwolen.com.

I hereby certify that on September 4, 2008, I served counsel for Plaintiff Cora J. Williams, who are registered participants of ECF, as follows:

> Julian M. Baum, Esq.
> Thomas J. Fuchs, Esq.
> JULIAN M. BAUM & ASSOCIATES
> 9 Tenaya Lane
> Novato, California 94947
>
> Tel: (415) 892-3152
> Fax: (888) 452-3849
> Email: JMB@JMBLawGroup.com
>       thomasjfuchs@gmail.com

I electronically transmitted a true and correct court stamped conformed copies of the following:

1. NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1332, 1441 AND 1446 *[Document No. 1]*;

2. DECLARATION OF SCOTT E. CALVERT IN SUPPORT OF DEFENDANTS NOTICE OF REMOVAL *[Document No. 4]*; and

3. NOTICE OF CORPORATE DISCLOSURE [FRCP RULE 7.1] *[Document No. 3]*,

with Electronic Notice of Filing, to the interested parties' electronic notification address(es) of record before close of business for the purpose of effecting service and the transmission was reported as complete and without error.

A true and correct copy of *Document Number: 2  Docket Text: ADR SCHEDULING ORDER: Case Management Statement due by 12/5/2008. Case*

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

-1-   Case No.: C 08-04170 JCS
CERTIFICATE OF SERVICE

*Management Conference set for 12/12/2008 01:30 PM. (Attachments: # (1) CMC Standing Order, # (2) JCS Standing Order, # (3) New Standing Order)(gba, COURT STAFF) (Filed on 9/3/2008)* was electronically filed by the Court and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System.

    I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the Unites States of America and the State of California that the above is true and correct. Executed at Irvine, California on **September 4, 2008**.

NAME: Lizette C Acoba

(Signature)

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

-2-
CERTIFICATE OF SERVICE
Case No.: C 08-04170 JCS