1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff(s), <br> v. <br> Defendant(s). <br> _____/ | No. C <br><br> **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** <br> **AND** <br> **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: __SEPTEMBER 4, 2008__     Signature __/S/ JULIAN M. BAUM__

Counsel for _____
(Plaintiff, Defendant, or indicate "pro se")