Robert J. McKennon (123176),
rmckennon@bargerwolen.com
Scott E. Calvert (210787)
scalvert@bargerwolen.com
BARGER & WOLEN LLP
19800 MacArthur Boulevard, 8th Floor
Irvine, California  92612
Telephone:  (949) 757-2800
Facsimile:  (949) 752-6313

Attorneys for Defendant
The Prudential Insurance Company of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| CORA J. WILLIAMS,<br><br>Plaintiffs,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and DOES 1 – 50, inclusive,<br><br>Defendants. | Case No.: C 08-04170 JCS<br><br>Action Filed : May 31, 2008<br><br>---<br><br>**CERTIFICATE OF SERVICE** |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

1    I am employed in the County of Orange, State of California.  I am over the

2    age of 18 and not a party to the within action; my business address is 19800

3    MacArthur Blvd., Suite 800, Irvine, CA  92612; Facsimile No.: (949) 752-6313;

4    E-mail address: lacoba@bargerwolen.com.

5

6    I hereby certify that on September 4, 2008, I served counsel for Plaintiff

7    Cora J. Williams, who are registered participants of ECF, as follows:

8                    Julian M. Baum, Esq.
                     Thomas J. Fuchs, Esq.
9                    JULIAN M. BAUM & ASSOCIATES
                     9 Tenaya Lane
10                   Novato, California 94947

11                   Tel: (415) 892-3152
                     Fax: (888) 452-3849
12                   Email:  JMB@JMBLawGroup.com
                             thomasjfuchs@gmail.com
13

14    Attached hereto are true and correct copies of:

15            1.    NOTICE OF ASSIGNMENT OF CASE TO A UNITED
                    STATES MAGISTRATE JUDGE FOR TRIAL;
16
              2.    CONSENTING TO A MAGISTRATE JUDGE'S
17                  JURISDICTION IN THE NORTHERN DISTRICT OF
                    CALIFORNIA [Brochure];
18
              3.    CONSENT TO PROCEED BEFORE A UNITED STATES
19                  MAGISTRATE JUDGE [Blank];

20            4.    DECLINATION TO PROCEED BEFORE A MAGISTRATE
                    JUDGE AND REQUEST FOR REASSIGNMENT TO A
21                  UNITED STATES DISTRICT JUDGE [Blank[; and

22            5.    NOTICE OF RULE DISCONTINUING SERVICE BY MAIL.

23    I caused the this Certificate of Service with the foregoing attachments to be

24    electronically filed using the Court's Electronic Court Filing ("ECF") System and

25    service was completed by electronic means by transmittal of a Notice of Electronic

26    Filing on the registered participants of the ECF System.

27

28

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

-1-
CERTIFICATE OF SERVICE

1    I am employed in the office of a member of the bar of this court at whose

2  direction the service was made.  I declare under penalty of perjury under the laws of

3  the Unites States of America and the State of California that the above is true and

4  correct.  Executed at Irvine, California on **September 4, 2008**.

5

6   NAME: Lizette C Acoba                              (Signature)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

-2-                                    Case No.: C 08-04170 JCS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT OF CASE
## TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

Pursuant to General Order 44, the Assignment Plan of the United States District Court for the Northern District of California, this case has been randomly assigned to Magistrate Judge

**JOSEPH C. SPERO**

Pursuant to Title 28 U.S.C. § 636(c), with written consent of all parties, a magistrate judge may conduct all proceedings in the case. Attached is a form to complete if you consent to proceed before the assigned magistrate judge and a form to complete if you decline to proceed before the assigned magistrate judge. Electronic versions of both forms are also available at the Court's Internet site: http://www.cand.uscourts.gov. Click on Forms-Civil. A party is free to withhold consent without adverse consequences. If a party declines to consent, the case will be randomly reassigned to a district judge and a case management conference will be scheduled on the district judge's calendar as close as possible to the date presently scheduled before the magistrate judge.

You must file your consent or declination by the deadline for filing the initial case management statement.

The plaintiff or removing party shall serve a copy of this notice and all attachments upon all other parties to this action pursuant to Federal Rules of Civil Procedure 4 and 5.

FOR THE COURT
RICHARD W. WIEKING, CLERK

By: Deputy Clerk

MARY ANN BUCKLEY



# Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California

# Table of Contents

A Message from the Chief Judge of the
U.S. District Court ..................................................... 3

How Consent Jurisdiction Works ............................. 5

Potential Benefits of Consenting To Magistrate Judge
Jurisdiction ............................................................... 6

Magistrate Judge Brazil ........................................... 8

Magistrate Judge Chen ............................................ 9

Magistrate Judge James ......................................... 10

Magistrate Judge Laporte ....................................... 11

Magistrate Judge Larson ........................................ 12

Magistrate Judge Lloyd ........................................... 13

Magistrate Judge Seeborg ...................................... 14

Magistrate Judge Spero .......................................... 15

Magistrate Judge Trumbull ..................................... 16

Magistrate Judge Vadas ......................................... 17

Magistrate Judge Zimmerman ................................ 18

## A Message from the Chief Judge

## of the U.S. District Court

As you embark on civil litigation in the United States District Court for the Northern District of California—whether as a party to a lawsuit or as an attorney—I encourage you to familiarize yourself with the range of services provided by the court's magistrate judges and especially to consider consenting to have a magistrate judge handle all aspects of your case, up to and including dispositive motions, jury or court trial and the entry of judgment.

The Northern District is one of the few federal trial courts in the country to assign a wide range of civil cases directly to magistrate judges upon filing. As a consequence, the magistrate judges have direct experience with nearly all types of civil matters filed in our court. Because our court is very busy, agreeing to proceed before a magistrate judge often means that the case will be resolved more quickly than if the case remained before a district judge. While consent is customarily given soon after a case is filed, parties may consent to have a magistrate judge preside over their case at any point in the proceedings.

Every magistrate judge in the Northern District underwent a highly competitive selection process and had years of litigation experience before being appointed to the bench. As the biographies that follow demonstrate, each is active in law school teaching and continuing legal education for attorneys. Many have been appointed to important committees within the federal courts.

Most have completed at least one term as a magistrate judge and have been reappointed based on detailed, confidential feedback from the bar establishing satisfaction with their work—including their work on dispositive motions and trials. Combined, the Northern District's magistrate judges bring a total of 125 years of federal judicial experience to their work at our court. Each is equipped to handle the full range of issues presented to our court.

Vaughn R Walker

Chief Judge

## HOW CONSENT JURISDICTION WORKS

Since 1979, the parties in a civil action have had the option of consenting to have all aspects of their case, including trial, handled by a United States magistrate judge.[1]  The Northern District of California has been one of the leaders nationwide in implementing this process.  When a civil action is filed in this District, ordinarily it will be randomly assigned for all purposes to either a district judge or a magistrate judge.[2]  By local practice, a magistrate judge is assigned a civil caseload approximately 30% that of a district judge's civil caseload, in recognition of a magistrate judge's other duties, such as presiding over settlement conferences.  Each magistrate judge typically has about 100 consent cases.  In 2007, the magistrate judges completed handling almost 800 civil cases in which they had exercised consent jurisdiction.  When a case is initially assigned to a magistrate judge, the plaintiff is given a form to use to either consent to or decline magistrate judge jurisdiction.[3]  Plaintiff is also required to serve that form on each defendant.  Each party should make a decision regarding magistrate judge jurisdiction as soon as possible, and in any event prior to the case management conference which is generally held about 100 days after the case is filed.  Civil L.R. 73-1.

If all parties consent to magistrate jurisdiction, then the magistrate judge to whom the case is assigned will preside over all aspects of the case, through trial.  F.R.Civ.P. 73(b).  An appeal from the magistrate judge's rulings is made to the appropriate appellate court exactly as if the rulings were from a district judge.  F.R.Civ.P. 73(c).

A civil case initially assigned to a district judge may also be reassigned to a magistrate judge if all parties consent to magistrate judge jurisdiction. The parties should expect the district judge to ask at the case management conference whether they have considered consenting to a magistrate judge jurisdiction.

Each magistrate judge has an assigned courtroom designed to accommodate civil jury trials. Each magistrate judge has at least one law clerk. Many have a second law clerk in lieu of a secretary.

Magistrate judges are fully integrated into the court's administration, serving on all court committees and chairing some of them.

## POTENTIAL BENEFITS OF CONSENTING TO MAGISTRATE JUDGE JURISDICTION

This District has always recruited experienced trial attorneys of the highest caliber who undergo a merit selection process before being appointed as a magistrate judge. Because of their diverse experiences while in practice and while presiding over civil matters including trials, this District's magistrate judges are able to preside over all types of civil litigation. The biographies of the current magistrate judges are set forth below.

Parties that consent to have their case tried before a magistrate judge will receive a date certain for trial. The right to a speedy trial in felony criminal matters requires district judges to give statutory priority to trying those cases, which can sometimes require that civil trial dates be moved. Unlike district judges, magistrate judges do not preside over felony criminal matters.

The historical experience in this District has been that our magistrate judges have virtually always met their scheduled trial dates. Because magistrate judges' trial dockets are generally less crowded than those of district court judges, they are often able to schedule a trial within a year of the filing of the complaint.

## ENDNOTES

1) Federal Magistrate Act of 1979,  28 U.S.C § 636(c)(1).  See also F.R.Civ.P. 73(b).

2) District Judges, sometimes called Article III Judges, are appointed by the President, confirmed with the advice and consent of the Senate and hold their position for life.  Magistrate Judges are appointed by the District Judges of each district following a merit selection process and serve for a period of eight years, subject to reappointment.

3) If the case has been removed from state court, the form is given to the removing party, who is required to serve it on all other parties.

# WAYNE D. BRAZIL

Magistrate Judge Wayne Brazil was appointed in 1984.  He has been the Northern District's ADR Magistrate Judge since the late 1980's.  He has presided over jury and court trials in a wide range of civil and criminal cases, including patent, trade secrets, trademark, commercial contract, civil rights, employment, personal injury, maritime, and tax.  He has hosted more than 1,500 settlement conferences and published opinions in intellectual property, insurance, civil rights, maritime law, privileges, work product, civil discovery, and case management.

After receiving a B.A. from Stanford, Judge Brazil got his Ph.D. and M.A. from Harvard and his J.D. from Boalt Hall.  He practiced civil litigation at Farella, Braun & Martel from 1975-1977. He then became a law professor at the University of California, Hastings College of the Law and at the University of Missouri.  He taught civil procedure, constitutional law, criminal procedure,  and civil rights from 1978 to 1984.  He has authored books on the use of special masters in complex litigation and on settling civil suits, some 30 articles in legal periodicals, and the chapters on Rules 16 and 37 of the Federal Rules of Civil Procedure in Moore's Federal Practice, 3d Ed.  He has served on the committees on Civil Rules and Evidence of the Judicial Conference of the United States and on the Ninth Circuit's ADR Committee.

## EDWARD M. CHEN



Magistrate Judge Edward M. Chen was appointed in 2001.  He has presided over civil and criminal bench and jury trials, as well as hosted more than 500 settlement conferences.  A 1975 Order of the Coif graduate of the University of California Boalt Hall School of Law, he clerked for the Honorable Charles B. Renfrew in the Northern District of California and then clerked for the Honorable James R. Browning in the Ninth Circuit Court of Appeals.

Judge Chen worked as a litigation associate at Coblentz, Cahen, McCabe & Breyer, and then as staff counsel of the ACLU Foundation of Northern California.  He served as an officer of the California Asian American Judges Association, and as a Master of the Edward J. McFetridge American Inn of Courts.  Chief Judge Schroeder of the Ninth Circuit appointed him to the Ninth Circuit Task Force on Self-Represented Litigants, and then as the chair of the Ninth Circuit Implementation Committee on Self-Represented Litigants.  He was also appointed chair of the Federal Courts Committee on the California Commission on Access to Justice.  He has published cases on discovery, privileges, civil procedure, civil and constitutional rights, international human rights, and criminal procedure.  He has also published articles in the California Law Review, Asian Law Journal, George Mason Law Review, and Hastings Communications and Entertainment Law Journal.  He has given presentations on such subjects as electronic discovery, patent litigation, employment law, civil rights, national security and constitutional rights, discrimination, case management, alternative dispute resolution, and Asian American legal history.  He has taught and lectured on mediation and case management in India and Malaysia.  In 2007, he was voted Judge of the Year by the Barristers Club of San Francisco.

## MARIA-ELENA JAMES



**M**agistrate Judge Maria-Elena James was appointed in 1994. She has presided over numerous cases and conducted thousands of settlement conferences. Outside the courtroom, she teaches a number of classes at three Bay Area law schools: University of California Hastings, University of San Francisco, and Golden Gate University. She also co-created a course called *The Roles of Referees and Commissioners* and taught the course, along with another course, at the California Judicial Education and Research College.

A 1978 graduate of the University of San Francisco Law School, she served as director of the Small Claims Court Education Project in the Consumer Fraud Unit of the San Francisco District Attorney's Office. She went on to serve as a deputy public defender in San Francisco, staff attorney for the National Labor Relations Board, and Deputy City Attorney as well as supervising attorney in San Francisco. She then served as a Commissioner in the San Francisco Superior Court for six years. She volunteers as a mock trial judge for all grades of students and serves as a mentor to law students. Her speaking engagements include a 2006 panel on Comparative Racial Justice at the University of Paris, Nanterre and the Assemblee Nationale.

# ELIZABETH D. LAPORTE



**M**agistrate Judge Elizabeth Laporte was appointed in 1998.  She has presided over numerous civil cases through trial or other disposition, including patent, trademark, copyright, employment, civil rights and environmental cases.  She also has conducted over 1000 settlement conferences, handled criminal matters, and resolved discovery disputes.

A 1982 graduate of Yale Law School and a Marshall Scholar, with an M.A. in Politics and Economics from Oxford, she clerked for the Honorable Marilyn Hall Patel in the Northern District of California. She was a partner at the boutique litigation firm of Turner & Brorby, and an Administrative Law Judge for the California Department of Insurance.  In 1996, she began serving as Chief of Special Litigation for the San Francisco City Attorney's Office, and was named a Lawyer of the Year by *California Lawyer*.  She has authored articles on patent litigation and settlement in the *Northern California ABTL [Association of Business Trial Lawyers] Report*, and has written on e-discovery.  She regularly speaks on patent litigation, settlement, e-discovery, jury trials, and other topics.  She is a past chair of the Magistrate Judge Executive Board of the Ninth Circuit, and a current member of the Jury Trial Improvement Committee of the Ninth Circuit Court of Appeals, the Sedona Conference Working Group on Electronic Document Retention and Production, the Executive Committee of the Litigation Section of the Bar Association of San Francisco, and the Board of Governors for the Northern California Chapter of the Association of Business Trial Lawyers.

## JAMES LARSON



**M**agistrate Judge James Larson was appointed in 1997.  He was appointed Chief Magistrate Judge in 2005 for a four year term.  He has presided over criminal and civil cases, handled discovery and conducted settlement conferences in a variety of subject areas, including intellectual property, antitrust, contracts, civil rights, employment, environmental, class actions and other statutory liability.  He has conducted more than 1,000 mediations and settlement conferences.

He received his undergraduate degree from Stanford University in 1965 and his J.D. from U.C.L.A. law school in 1968, where he was selected for the Moot Court Honors Program.  Thereafter he worked in a number of small firms in Los Angeles and the Bay Area, handling admiralty, personal injury, civil rights and criminal matters before founding the law firm of Larson and Weinberg in San Francisco, where he remained until 1990.  He then formed his own firm and worked on civil, criminal, trial and appellate cases.  He has taught civil trials and criminal pre-trial procedure and has participated for many years in the Intensive Trial Advocacy Program at  Cardozo Law School in New York.

Judge Larson has chaired or served on numerous court committees and has appeared on panels of judges and attorneys discussing e-discovery issues, settlement techniques, punitive damages, and bad faith litigation.  In December, 2007, he and several other members of the court conducted a comprehensive mediation training program for the High Court Judges of Malaysia.

## HOWARD R. LLOYD



**M**agistrate Judge Howard R. Lloyd was appointed in 2002. He has presided over a variety of civil and criminal trials and has extensive discovery as well as case-dispositive law and motion experience. He has presided over hundreds of settlement conferences in a wide variety of civil cases.

Judge Lloyd earned his undergraduate degree at the College of William and Mary, graduating Phi Beta Kappa, and his law degree from the University of Michigan Law School. He then worked as a civil trial and appellate lawyer for 30 years with a prominent San Jose law firm and personally tried many cases and argued dozens of appeals. He practiced in all areas, but especially employment, intellectual property, and commercial law. He then worked for 2 years as an independent and full time arbitrator and mediator. While in private practice Judge Lloyd was selected for voluntary service as an Early Neutral Evaluator (N.D. CA), mediator (California Court of Appeals), and Settlement Judge Pro Tem (Santa Clara County Superior Court). He is a frequent presenter at continuing education courses for attorneys and currently teaches at Santa Clara University Law School.

## RICHARD SEEBORG

Magistrate Judge Richard Seeborg was appointed in 2001.  Since joining the Court, he has presided over numerous bench and jury trials and has conducted hundreds of settlement conferences on all manner of federal civil cases.  Judge Seeborg received his B.A., *summa cum laude*, Phi Beta Kappa, from Yale College in 1978.  He then went to Columbia University School of Law in 1981, where he was a Harlan Fiske Stone Scholar.  Following graduation from law school he served as a law clerk to the Honorable Judge John H. Pratt, district court judge in Washington, D.C.  In 1982, he joined Morrison & Foerster's San Francisco office in the litigation department, becoming a partner in 1987.

From 1991 to 1998, Judge Seeborg served as an Assistant U.S. Attorney for the Northern District of California in San Jose.  In that capacity, he acted as lead prosecutor on a wide range of matters including complex white collar criminal cases.  He re-joined Morrison & Foerster in March 1998, where he resumed a litigation practice in the fields of securities, intellectual property, and general commercial matters.

Judge Seeborg has been a member of the Adjunct Faculty at Santa Clara University School of Law where he has served as co-instructor for a course on Federal Criminal Litigation and has served as co-chair of the Federal Courts Committee of the Santa Clara County Bar Association and as a member of the Executive Committee of Magistrate Judges for the Ninth Circuit.  At present, he is a member of the Working Group on Electronic Public Access for the United States Courts and a member the Ninth Circuit Jury Instructions Committee. He is a co-author of Federal Pretrial Civil Procedure in California, a four-volume treatise published by Lexis Nexis.

## JOSEPH C. SPERO



$M$agistrate Judge Joseph C. Spero was appointed in 1999. He has presided over criminal and civil trials in a variety of subject areas, including patent, employment, civil rights, commercial contract, trademark, and federal misdemeanor cases. He has participated in over 1000 settlement conferences. He serves as chairman of the court's Capital Habeas Committee, and as a member of the court's Technology and Practice Committees.

A 1981 graduate of Columbia University School of Law, he clerked for the United States Court of Appeals for the Ninth Circuit. He worked as an associate at Skadden, Arps, Slate, Meagher & Flom, and as associate then partner at Coblentz, Cahen, McCabe & Breyer (now Coblentz, Patch, Duffy & Bass). While in private practice, he trained as a mediator at Harvard Law School and served as a mediator in the Northern District's Alternative Dispute Resolution Program. He also served as a Judge Pro-Tem for the San Francisco County Superior Court. He served as pro bono counsel in a variety of cases, including federal capital habeas matters. As a result, he received the Thurgood Marshall Award from the Bar Association of the City of New York.

## PATRICIA V. TRUMBULL



$\mathbf{M}$agistrate Judge Patricia V. Trumbull was appointed in 1987. She served as Chief Magistrate Judge from 2001 to 2005.  She has presided over numerous civil and criminal trials and thousands of settlement conferences**.**

Judge Trumbull received her undergraduate degree from University of California Davis and her law degree. at the Georgetown University Law Center in Washington, D.C.  While at Georgetown, she interned at the Department of Justice.  After graduating, she spent two years as a law clerk to the Honorable Spencer Williams of the U.S. District Court of Northern California.  Following the clerkship, she worked for 12 years as an Assistant Federal Public Defender.  She has served on numerous court committees and participated in many panel discussions on a variety of litigation issues.

## NANDOR J. VADAS



Magistrate Judge Nandor J. Vadas, a part-time magistrate judge in Eureka, California was appointed in 2004. Although he maintains his chambers in Eureka, he frequently sits in San Francisco. As a magistrate judge he has presided over issues involving civil rights, employment discrimination, Indian law, Endangered Species Act violations, as well as criminal and civil settlement conferences.

Judge Vadas received his undergraduate degree at the University of California at Santa Cruz in 1974 and his law degree from the University of California, Hastings College of the Law in 1978. Following law school he was a state and federal prosecutor for twenty-one years, where he gained criminal jury trial and appellate experience. He also spent five years in family law and juvenile dependency. He also has experience as an instructor at the College of the Redwoods Police Academy.

He is a member of the Magistrate Judges' Advisory Committee to the Federal Judicial Conferences.

## BERNARD ZIMMERMAN



$M$agistrate Judge Bernard Zimmerman was appointed in 1995.  With party consent, he has presided over a wide range of civil cases, including patent, trademark and copyright cases, class actions, contract and employment cases and civil rights, personal injury and admiralty cases.  He has presided over more than 30 civil and criminal jury and bench trials and more than 1,000 settlement conferences.  He chairs the court's Technology Committee and serves on the Media and Education Committees.

A 1970 graduate of the University of Chicago Law School, he clerked for the Honorable Frederick J.R. Heebe in the Eastern District of Louisiana and then taught law at the Louisiana State University Law Center.  Returning to California, he was an associate and then partner at Pillsbury Madison & Sutro where he had a general litigation practice focusing on media, banking, construction, insurance and business issues.  In 1995, he served as Legal Consultant to the Third Constitutional Convention of the Commonwealth of the Northern Mariana Islands.  For the past two years, he has taught Federal Pretrial Litigation at Hastings College of the Law.  He is a master of the Intellectual Property Inn of Court and has participated in numerous panels addressing issues such as ADR, class actions and discovery.

1
2
3
4
5
6              UNITED STATES DISTRICT COURT
7             NORTHERN DISTRICT OF CALIFORNIA
8
9                                              No.  C
10          Plaintiff(s),              **CONSENT TO PROCEED BEFORE A**
                                       **UNITED STATES MAGISTRATE JUDGE**
11      v.
12
13          Defendant(s).
    _____/
14
15        CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
16          In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
17  hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further
18  proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the
19  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.
20
21  Dated: _____        _____
22                                             Signature
23                                             Counsel for _____
                                               (Plaintiff, Defendant or indicate "pro se")
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

No.  C

Plaintiff(s),

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

v.

Defendant(s).
_____/

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____        Signature_____

                                       Counsel for _____
                                       (Plaintiff, Defendant, or indicate "pro se")

1
2
3
4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6
7
8              **NOTICE OF RULE DISCONTINUING SERVICE BY MAIL**

9
10          This is an E-filing case.  Pursuant to Local Rule, the Court will no longer serve any counsel

11   by mail.  If counsel wish to be served with documents generated by the Court, they must register for

12   E-filing pursuant to Local Rule 5-4 and General Order 45.

13          IT IS SO ORDERED.

14
15   Dated: May 30, 2003

16                                              _____

17                                              JOSEPH C. SPERO
                                                United States Magistrate Judge

18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California