Robert J. McKennon (123176),
rmckennon@bargerwolen.com
Scott E. Calvert (210787)
scalvert@bargerwolen.com
BARGER & WOLEN LLP
19800 MacArthur Boulevard, 8th Floor
Irvine, California 92612
Telephone: (949) 757-2800
Facsimile: (949) 752-6313

Attorneys for Defendant
The Prudential Insurance Company of America

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| CORA J. WILLIAMS,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and DOES 1 – 50, inclusive,<br><br>　　　　　　　Defendants. | Case No.: C 08-04170 JCS<br><br>Action Filed : May 31, 2008<br><br>**[PROPOSED] ORDER RE: STIPULATION TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE**<br><br>DATE:　December ~~12,~~ 19, 2008<br>TIME:　2:00 p.m.<br>CTRM.:　10<br><br>[Filed Concurrently With:<br>　-　Stipulation] |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

\\bwnasla\nbo\office4\40694\012\08pleadings\02 order re stip to appar at cmc by phone.doc

[PROPOSED] ORDER

1  Having reviewed the stipulation submitted by Defendant The Prudential
2  Insurance Company of America ("Prudential") and for good cause shown, it is
3  hereby ordered that counsel for Defendant Prudential Insurance Company of
4  America, Robert J. McKennon, Esq. is permitted to appear telephonically at the
5  December ~~12,~~ 19, 2008 Case Management Conference.

7  DATED: _____     _____
8  THE HONORABLE SUSAN ILLSTON
   UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

-1-
[PROPOSED] ORDER
Case No.: C 08-04170 JCS

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 19800 MacArthur Blvd., Suite 800, Irvine, CA 92612; Facsimile No.: (949) 752-6313; E-mail address: lacoba@barwol.com.

I hereby certify that on **October 29, 2008**, I served the foregoing documents described as: **[proposed] order RE: STIPULATION TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE** on the interested parties as follows:

| | |
|---|---|
| Julian M. Baum, Esq.<br>Thomas J. Fuchs, Esq.<br>JULIAN M. BAUM & ASSOCIATES<br>9 Tenaya Lane<br>Novato, California 94947 | Attorneys for Plaintiff Cora J. Willam<br><br>☒  Registered participants of ECF.s |

Tel: (415) 892-3152
Fax: (888) 452-3849
Email: JMB@JMBLawGroup.com
          thomasjfuchs@gmail.com

☐ **ELECTRONICALLY:** I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

☐ I placed the ☐ original ☐ a true copy thereof enclosed in sealed envelope(s) to the parties listed above and caused such envelope(s) to be delivered by ☐ **U.S POSTAL SERVICE** ☐ **OVERNIGHT DELIVERY**.

☐ **BY E-MAIL:** I electronically transmitted a true and correct copy thereof to the interested parties' electronic notification address(es) of record before close of business for the purpose of effecting service and the transmission was reported as complete and without error.

☐ **FACSIMILE TRANSMISSION:** Based on ☐ courtesy ☐ court order ☐ agreement of the parties, I caused a true copy thereof to be served by transmitting via facsimile machine to the interested parties' facsimile number(s) of record before close of business. The transmission was reported as complete, without error.

☐ **PERSONAL DELIVERY:** I caused ☐ the original ☐ a true copy thereof to be delivered by hand to the interested parties by an employee or independent contractor of a registered process service.

I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the Unites States of America and the State of California that the above is true and correct. Executed at Irvine, California on **October ___, 2008**.

NAME: Lizette C Acoba       _____

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

1
_____
(Signature)

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**BARGER & WOLEN** LLP
**19800 MACARTHUR BLVD.**
**EIGHTH FLOOR**
IRVINE, CA 92612
(949) 757-2800

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | | SERVICE LIST |
| 2 | [Insert] | Attorney for: [Insert] |
| 3 | Tel: [Insert] | ☐ Registered participant of ECF. |
| 4 | Fax: [Insert]<br>Email: [Insert] | |
| 5 | [Insert] | Attorney for: [Insert] |
| 6 | Tel: [Insert] | ☐ Registered participant of ECF. |
| 7 | Fax: [Insert]<br>Email: [Insert] | |
| 8 | [Insert] | Attorney for: [Insert] |
| 9 | Tel: [Insert] | ☐ Registered participant of ECF. |
| 10 | Fax: [Insert]<br>Email: [Insert] | |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

SERVICE LIST