IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORA J. WILLIAMS, | No. C 08-04170 SI |
|     Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| PRUDENTIAL INS CO., | |
|     Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: May 1, 2009 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is September 11, 2009.

DESIGNATION OF EXPERTS: 7/31/09; REBUTTAL: 8/17/09.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is September 11, 2009.

DISPOSITIVE MOTIONS **SHALL** be filed by September 25, 2009;

    Opp. Due October 9, 2009;  Reply Due October 16, 2009;

    and set for hearing no later than October 30, 2009 at 9:00 AM.

PRETRIAL CONFERENCE DATE: November 24, 2009 at 3:30 PM.

COURT TRIAL DATE: December 7, 2009 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be five days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

This case shall be removed from the Court's Mediation Program. The parties have stipulated to participate in private mediation with Mr. Humbert within 120 days.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28