Robert J. McKennon (123176),
rmckennon@bargerwolen.com
Scott E. Calvert (210787)
scalvert@bargerwolen.com
BARGER & WOLEN LLP
19800 MacArthur Boulevard, 8th Floor
Irvine, California 92612
Telephone: (949) 757-2800
Facsimile: (949) 752-6313

**REVISED**
10:33 am, Apr 23, 2009

Attorneys for Defendant
The Prudential Insurance Company of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| CORA J. WILLIAMS,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and DOES 1 – 50, inclusive,<br><br>　　　　　　Defendants. | Case No.: C 08-04170 JCS<br><br>Action Filed : May 31, 2008<br><br>**STIPULATION TO APPEAR TELEPHONICALLY AT THE FURTHER CASE MANAGEMENT CONFERENCE; PROPOSED ORDER**<br><br>DATE:　May 1, 2009<br>TIME:　2:30 p.m.<br>CTRM.:　10 |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

\\bwnasla\nbo\office4\40694\012\09pleadings\01 stip to app by phone.doc

Case No.: C 08-04170 JCS

STIPULATION TO APPEAR TELEPHONICALLY AT THE FURTHER CASE MANAGEMENT CONFERENCE

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

WHEREAS, the Court scheduled the further Case Management Conference ("CMC") for May 1, 2009 at 2:30 p.m.;

WHEREAS, lead trial counsel for Plaintiff Cora J. Williams ("Williams"), Julian M. Baum, Esq., practices in Marin County, California;

WHEREAS, lead trial counsel for Defendant Prudential Insurance Company of America ("Prudential"), Robert J. McKennon, Esq., practices in Orange County, California;

WHEREAS, it would be more efficient if Mr. McKennon could appear telephonically at the further CMC rather that travel to Northern California for the appearance;

WHEREAS, Mr. McKennon can be reached directly at (949) 798-5861 on the date of the hearing;

The parties, by and through their respective counsel of record, hereby stipulate and respectfully request the Court to permit Mr. McKennon to appear telephonically at the May 1, 2009 at 2:30 p.m.

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

-1-  Case No.: C 08-04170 JCS
STIPULATION TO APPEAR TELEPHONICALLY AT THE FURTHER CASE MANAGEMENT CONFERENCE

1 | IT IS SO STIPULATED.

3 | Dated: April 17, 2009     BARGER & WOLEN LLP

5 | By: /s/ Robert J. McKennon
ROBERT J. McKENNON
SCOTT E. CALVERT
Attorneys for Defendant
The Prudential Insurance Company of America

9 | Dated: April 17, 2009     JULIAN M. BAUM & ASSOCIATES

11 | By: /s/ Julian M. Baum
JULIAN M. BAUM
Attorneys for Plaintiff
Cora J. Williams

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

-2-

Case No.: C 08-04170 JCS

STIPULATION TO APPEAR TELEPHONICALLY AT THE FURTHER CASE MANAGEMENT CONFERENCE

# **ORDER**

Having reviewed the stipulation submitted by Defendant The Prudential Insurance Company of America ("Prudential") and for good cause shown, it is hereby ordered that counsel for Prudential, Robert J. McKennon, Esq. is permitted to appear telephonically at the May 1, 2009 further Case Management Conference. The Court will initiate the call t~~o counsel 5-10 minutes prior to the time of the hearing through the Court's telephone conferencing system in the~~ between 3 p.m. and 5 p.m. by the courtroom by calling counsel's designated phone number [(949) 798-5861].

DATED: _____           _____
                          THE HONORABLE SUSAN ILLSTON
                          UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

-0-    Case No.: C 08-04170 JCS

**ERROR! NO TEXT OF SPECIFIED STYLE IN DOCUMENT.**