IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORA J. WILLIAMS,<br><br>        Plaintiff,<br><br>  v.<br><br>PRUDENTIAL INS CO.,<br><br>        Defendant.<br>                                   / | No. C 08-04170 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 25, 2009 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is January 29, 2010.

DESIGNATION OF EXPERTS: 11/30/09; REBUTTAL: 12/21/09.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is January 29, 2010.

DISPOSITIVE MOTIONS **SHALL** be filed by February 19, 2010;

    Opp. Due March 5, 2010;  Reply Due March 12, 2010;

    and set for hearing no later than March 26, 2010 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 20, 2010 at 3:30 PM.

COURT TRIAL DATE: May 3, 2010 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be ___ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court continued the litigation schedule as indicated above.

The parties shall participate in a private mediation session on July 29, 2009. The Court extended the mediation deadline to 8/12/09.

30(b)(6) depositions shall be taken prior to the mediation session.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.
Dated:

                                           SUSAN ILLSTON
                                           United States District Judge