1  JULIAN M. BAUM (CA State Bar No. 130892)
2  LISA A. LAWRENCE (CA State Bar No. 132310)
   9 Tenaya Lane
3  Novato, California 94947
   Telephone: (415) 892-3152
4  Facsimile: (415) 892-3096
5  JMB@JMBLawGroup.com
   LAL@JMBLawGroup.com
6
7  Attorneys for Plaintiff
   Cora J. Williams

**IT IS SO ORDERED**
*Judge Susan Illston*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cora J. Williams, | ) |
| | ) Case No. C08-04170 SI |
| Plaintiff, | ) |
| | ) Notice of Substitution of Counsel |
| v. | ) For Service and E-Filing Notifications |
| | ) |
| THE PRUDENTIAL INSURANCE | ) |
| COMPANY OF AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |

TO THE PARTIES AND TO THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that plaintiff's counsel is hereby substituting attorney Lisa A. Lawrence in place of attorney Thomas J. Fuchs. Service and E-Filing notifications should be amended as follows.

//

---

NOTICE OF SUBSTITUTION OF COUNSEL          Case No. C08-04170 SI
Page 1 of 2

Former counsel of record for plaintiff:

Julian M. Baum (CA State Bar No. 130892)
JULIAN M. BAUM & ASSOCIATES                    JMB@JMBLawGroup.com

Thomas Joseph Fuchs (CA State Bar No. 148466)
JULIAN M. BAUM & ASSOCIATES                    thomasjlewis.com

**Present counsel of record for plaintiff**:

Julian M. Baum (CA State Bar No. 130892)
JULIAN M. BAUM & ASSOCIATES                    JMB@JMBLawGroup.com

Lisa A. Lawrence (CA State Bar No. 132310)
JULIAN M. BAUM & ASSOCIATES                    LAL@JMBLawGroup.com

Dated: October 8, 2009                          JULIAN M. BAUM & ASSOCIATES

                                          by  /s/ Julian M. Baum
                                              _____
                                              Julian M. Baum
                                              Attorneys for Plaintiff
                                              Cora J. Williams

NOTICE OF SUBSTITUTION OF COUNSEL           Case No. C08-04170 SI
Page 2 of 2