1   Julian M. Baum (130892)
    Lisa A. Lawrence
2   JMB@JMBLawGroup.Com
    LAL@JMBLawGroup.Com
3   JULIAN M. BAUM & ASSOCIATES
    9 Tenaya Lane
4   Novato, California 94947
    Telephone: (415) 892-3152
5   Facsimile: (888) 452-38493

6   Attorneys for Plaintiff Cora J. Williams

7   Robert J. McKennon (123176),
    rmckennon@bargerwolen.com
8   Scott E. Calvert (210787)
    scalvert@bargerwolen.com
9   BARGER & WOLEN LLP
    19800 MacArthur Boulevard, 8th Floor
10  Irvine, California  92612
    Telephone:  (949) 757-2800
11  Facsimile:  (949) 752-6313

12  Attorneys for Defendant
    The Prudential Insurance Company of America
13

14              **UNITED STATES DISTRICT COURT**

15      **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO**

16

17  CORA J. WILLIAMS,                    | Case No.: 08-CV-04170 SI

18              Plaintiffs,              | Action Filed : May 31, 2008

19  vs.

20  THE PRUDENTIAL INSURANCE           | **STIPULATION ALLOWING
    COMPANY OF AMERICA, and DOES       | DEFENDANT TO FILE
21  1 – 50, inclusive,                 | AMENDED ANSWER AND
                                        | COUNTERCLAIM;
22              Defendants.            | [PROPOSED] ORDER**

23

24

25

26

27

28

1   TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN

2   DISTRICT OF CALIFORNIA:

3

4   Plaintiff Cora J. Williams ("Plaintiff") and Defendant The Prudential

5   Insurance Company of America ("Prudential"), hereby stipulate and respectfully

6   request that the Court order as follows.

7

8   1.      Prudential filed a Motion for Leave to Amend Answer to Include a

9   Counterclaim dated October 15, 2009. By that Motion, Prudential seeks leave to

10  amend its Answer to add a Counterclaim seeking reimbursement of benefits paid by

11  Prudential to Williams prior to her award of Social Security Disability Benefits, in

12  accordance with Prudential's assertion of a "Reimbursement Agreement" and the

13  terms of its insurance policy. Prudential seeks reimbursement in the amount of

14  $18,843.72 plus interest, and other relief. Plaintiff does not oppose the granting of

15  such leave to amend, subject to the conditions set forth below.

16

17  2.      Plaintiff wishes to amend her Complaint to include a prayer for

18  recovery of punitive damages under applicable law. Prudential opposes any such

19  amendment.

20

21  3.      Accordingly, the parties hereby stipulate, and respectfully request that

22  the Court order as follows:

23

24         a.      Prudential may file an Amended Answer and Counterclaim, in

25         the form submitted to the Court with its Motion dated October 15, 2009;

26

27

28

b.    Plaintiff may, within 45 days of this Order, seek leave of Court to Amend the Complaint to include a prayer for recovery of punitive damages under applicable law.  Prudential shall not oppose Plaintiff's application for leave to amend on the grounds that the motion is time-barred by the Court's Case Management orders previously entered in this action.  Nothing contained in this Stipulation shall be deemed to waive Prudential's right to oppose the motion for leave to amend on any other grounds, including, without limitation that adding a claim for punitive damages at this stage of the litigation is prejudicial.

c.    Nothing in this Stipulation and Order shall be deemed to be the Court's approval of the merits of Prudential's proposed Amended Answer and Counterclaim; nor shall anything in this Stipulation and Order be deemed a waiver by plaintiff of any objection or defense to the allegations of said Amended Answer and Counterclaim.

IT IS SO STIPULATED.

Dated:  October 29, 2009                          JULIAN M. BAUM & ASSOCIATES


By:  /s/ Julian M. Baum
     JULIAN M. BAUM
     Attorneys for Plaintiff
     Cora J. Williams

///

///

1
2

Dated:  October 29, 2009

BARGER & WOLEN LLP

3
4
5
6
7

By:  /s/ Robert J. McKennon
ROBERT J. McKENNON
SCOTT E. CALVERT
Attorneys for Defendant
The Prudential Insurance Company of
America

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

## <u>ORDER</u>

2

3      The parties having stipulated as set forth above, and for good cause shown,

4

5   **IT IS SO ORDERED**

6

7   DATED:  _____        _____

8                            THE HONORABLE SUSAN ILLSTON
                             UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28