IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CORA J. WILLIAMS,

        Plaintiff,

  v.

PRUDENTIAL INS CO.,

        Defendant.
                                    /

No. C 08-04170 SI

**SECOND PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

DESIGNATION OF EXPERTS: 2/26/10 ; REBUTTAL: N/A.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is April 26, 2010

DISPOSITIVE MOTIONS **SHALL** be filed by May 14, 2010;

    Opp. Due May 28, 2010; Reply Due June 4, 2010;

    and set for hearing no later than June 18, 2010 at 9:00 AM.

PRETRIAL CONFERENCE DATE: July 20, 2010 at 3:30 PM.

COURT TRIAL DATE: August 2, 2010 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court granted the parties request to continue the trial schedule as indicated above.
This case shall be referred to a magistrate-judge for settlement purposes. The parties shall request a specific magistrate during the week of December 7, 2010. The settlement conference shall occur during the end of March 2010.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                               SUSAN ILLSTON
                                               United States District Judge