1 | Julian M. Baum (130892),
2 | JMB@JMBLawGroup.Com
JULIAN M. BAUM & ASSOCIATES
3 | 9 Tenaya Lane
Novato, California 94947
4 | Telephone: (415) 892-3152
Facsimile: (888) 452-38493

5 | Attorneys for Plaintiff Cora J. Williams

6 | Robert E. Hess (178042), rhess@bargerwolen.com
Scott E. Calvert (210787), scalvert@bargerwolen.com
7 | BARGER & WOLEN LLP
19800 MacArthur Boulevard, 8th Floor
8 | Irvine, California 92612
Telephone: (949) 757-2800
9 | Facsimile: (949) 752-6313

10 | Attorneys for Defendant
The Prudential Insurance Company of America
11

12 | **UNITED STATES DISTRICT COURT**

13 | **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO**

14

| | |
|---|---|
| CORA J. WILLIAMS, | Case No.: 08-CV-04170 SI |
| Plaintiffs, | Action Filed : May 31, 2008 |
| vs. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and DOES 1 – 50, inclusive, | **STIPULATION TO EXTEND THE DISCOVERY CUT-OFF DATE; [PROPOSED] ORDER** |
| Defendants. | |

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

Plaintiff Cora J. Williams ("Plaintiff") and Defendant The Prudential Insurance Company of America ("Prudential"), hereby stipulate and respectfully request that the Court order as follows:

On December 2, 2009, the parties jointly submitted a Case Management Statement that included a proposed schedule of amended pre-trial dates. Among those proposed pre-trial dates was a discovery cut-off date of April 26, 2010, which represented an approximate three-month continuance of the previous discovery cut-off date (January 29, 2010). Subsequently, at the December 4, 2009 Case Management Conference, the Court agreed to continue to discovery cut-off date to April 26, 2010, as requested by the parties. However, the new discovery deadline was not reflected in the Court's subsequent December 7, 2009 Order.

Accordingly, to avoid any confusion concerning the discovery deadline in this case, the parties stipulate and respectfully request that the Court issue an Order confirming the agreed-upon discovery cut-off date of April 26, 2010.

IT IS SO STIPULATED.

Dated: January 22, 2010					JULIAN M. BAUM & ASSOCIATES


							By: */s/ Julian M. Baum*
							      JULIAN M. BAUM
							      Attorneys for Plaintiff
							      Cora J. Williams

| | | |
|---|---|---|
| Dated: January 22, 2010 | | BARGER & WOLEN LLP |

By:  */s/ Scott E. Calvert*
ROBERT E. HESS
SCOTT E. CALVERT
Attorneys for Defendant
The Prudential Insurance Company of America

**<u>ORDER</u>**

The parties having stipulated as set forth above, and for good cause shown, the parties shall have up to and until April 26, 2010 to conduct discovery.

**IT IS SO ORDERED**

DATED: _____        _____
                        THE HONORABLE SUSAN ILLSTON
                        UNITED STATES DISTRICT JUDGE