# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| CORA J. WILLIAMS,<br><br>      Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and DOES 1 – 50, inclusive,<br><br>      Defendants. | Case No.: 08-CV-04170 SI<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TRIAL AND CASE MANAGEMENT DATES**<br><br>[Lodged Concurrently With:<br>-   Stipulation]<br><br>Complaint Filed:    May 30, 2008 |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

08-CV-04170 SI

The parties having stipulated, IT IS ORDERED that the case management and trial dates are re-set as follows:

| EVENT | [PROPOSED] NEW DATE |
|---|---|
| Initial Expert Designation: | May 31, 2010 |
| Discovery Cut-off: | July 26, 2010 |
| Last day to file and serve Summary Adjudication Motions: | August 13, 2010 |
| MSA Opposition Briefs: | August 27. 2010 |
| MSA Reply Briefs: | September 3, 2010 |
| Hearing on Summary Adjudication Motions: | September 17, 2010 |
| Pre-Trial Conference: | October 19, 2010 |
| Trial: | November 2010 |

**IT IS SO ORDERED.**

DATED: _____  _____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

1                                08-CV-04170 SI
[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TRIAL AND CASE MANAGEMENT DATES